IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–01949–EWN–OES

KAY SIEVERDING,
DAVID SIEVERDING,
ED SIEVERDING, and
TOM SIEVERDING,

      Plaintiffs,

v.

COLDWELL BANKER REAL ESTATE CORPORATION,
COLDWELL BANKER SILVER OAK FRANCHISE,
MIX BEAUVAIS, and
KAREN BEAUVAIS,

      Defendants.

---

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the court on the "Recommendation of United States Magistrate

Judge" filed June 1, 2005.  Plaintiffs have objected to the recommendation.  Plaintiffs Ed

Sieverding and Tom Sieverding, however, did not sign the objections, and the other plaintiffs,

who are not attorneys, cannot represent them.  Therefore the court will not consider their

objections.

Kay Sieverding and David Sieverding fare no better.  As the magistrate judge noted, this is

a re-hash of a long-standing dispute which the Sieverdings have sought to litigate and re-litigate in

courts throughout the nation.  They have succeeded nowhere, and their arguments become ever

more frivolous with each passing day.  They were enjoined, in related litigation styled *Sieverding*

*v. Colorado Bar Association, et al*, Civil Action No. 02–cv–01950–EWN–OES, from filing any

more lawsuits based on the series of events constituting their long-standing feud.  As the

magistrate judge noted, the present lawsuit violated that injunction, in addition to being frivolous.

I have conducted the requisite *de novo* review of the objections, the issues, the record, and the

recommendation.  Based on this review, I have concluded that the recommendation is a correct

application of the facts and the law.  Accordingly, it is

**ORDERED** as follows:

1.  The recommendation is ACCEPTED.

2.  This case is DISMISSED with prejudice .

3.  Any other pending motions are DENIED as moot.

DATED this 12th day of December, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge